**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
EAU CLAIRE DIVISION**

| | | | |
|---|---|---|---|
| Judy Dahl, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:18-cv-00753-wmc |
| | ) | | |
| Kohn Law Firm S.C., a Wisconsin corporation, | ) ) | | |
| | ) | | |
| Defendant. | ) | | |

**NOTICE OF APPEAL**

Notice is hereby given that Judy Dahl hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in this action, dated May 23, 2019. Copies of the Judgment in a Civil Case (Dkt. 23), and the Opinion and Order (Dkt. 22) are attached hereto as Group Exhibit A.

                                                                                   Judy Dahl,

                                                                                    By: /s/ David J. Philipps
                                                                                    One of Plaintiff's Attorneys

Dated: June 21, 2019

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1

Matthew C. Lein	(Wis. Bar No. 1084028)
Lein Law Offices
P.O. Box 761
15692 Highway 63 North
Hayward, Wisconsin 54843
(715) 634-4273
(715) 634-5051 (FAX)
mlein@leinlawoffices.com

## **CERTIFICATE OF SERVICE**

      I certify that on June 21, 2019, a copy of the Plaintiff's **NOTICE OF APPEAL** was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David A. Ambrosh                                           davea@kohnlaw.com
Kohn Law Firm S.C.
735 N. Water Street
Suite 1300
Milwaukee, Wisconsin 53202

Matthew C. Lein                                              mlein@leinlawoffices.com
Lein Law Offices
P.O. Box 761
15692 Highway 63 North
Hayward, Wisconsin 54843

/s/ David J. Philipps_____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, IL  60465
708-974-2900
708-974-2907 (FAX)
davephilipps@aol.com