IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUDY DAHL,

                Plaintiff,                        ORDER

v.

                                        18-cv-753-wmc

KOHN LAW FIRM, S.C.,

                Defendant.

---

Pursuant to order of the Court of Appeals for the Seventh Circuit in the above entitled matter, IT IS ORDERED THAT judgment previously entered in said matter is vacated and this case is dismissed for lack of subject-matter jurisdiction.

Entered this 13th day of August, 2021.

                                      BY THE COURT:

                                      /s/ William M. Conley
                                      WILLIAM M. CONLEY
                                      District Judge