IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUDY DAHL,

    Plaintiff,

v.

                                                                   Case No.   18-cv-753-wmc

KOHN LAW FIRM, S.C.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kohn Law Firm, S.C. against plaintiff Judy Dahl dismissing this case for lack of subject matter jurisdiction.

| | |
|---|---|
|    s/V. Olmo, Deputy Clerk    |    8/16/2021    |
| Peter Oppeneer, Clerk of Court | Date |